# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **KENTREVIOUS HIGHTOWER** | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: |
| **OFFICER RICHARD BLAKE POWELL,** | * | **Jury Trial Demanded** |
| Defendant. | * | |

## COMPLAINT FOR DAMAGES

**COMES NOW**, Plaintiff **KENTREVIOUS HIGHTOWER**, by and through undersigned counsel, (hereinafter "Plaintiff") and hereby files his Complaint for Damages against Defendant, **OFFICER RICHARD BLAKE POWELL** and shows this Honorable Court the following:

## PRELIMINARY STATEMENT

1.

This is a civil action brought pursuant to 42 U.S.C. § 1983 to seek redress for the violation of Plaintiff Kentrevious Hightower's civil rights as guaranteed by the Fourth amendment of the United States Constitution and by the laws and Constitution of the State of Georgia. Plaintiff Kentrevious Hightower demands a jury trial.

1

## JURISDICTION AND VENUE

2.

Jurisdiction of this action is based upon 28 U.S.C. § 1331, §1343, and on the supplemental jurisdiction of tis Court to entertain claims arising under state law pursuant to 28 U.S.C. § 1367.

3.

Venue is proper in this District and Court pursuant to 28 U.S.C. § 1391, because all events and omissions giving rise to Plaintiff's claim occurred in the Northern District of Georgia.

## THE PARTIES

4.

Plaintiff KENTREVIOUS HIGHTOWER ("Plaintiff" or "Plaintiff Hightower") is an adult citizen of the State of Georgia and of the United States of America. The Plaintiff is subject to the jurisdiction and venue of this Honorable Court.

5.

Defendant RICHARD BLAKE POWELL is an adult citizen of the State of Georgia and of the United States of America. At all times pertinent hereto Powell was a law enforcement officer in the employ of the City of Atlanta, Georgia, who,

for purposes of 42 U.S.C. § 1983, was acting under color of law. Powell is subject to the jurisdiction and venue of this Honorable Court.

## **ANTE-LITEM NOTICE**

6.

For purposes of the Plaintiff's state law claims, Plaintiff states that he has complied with all prerequisites and ante-litem notice requirements to sue the governmental entity named as a Defendant in this action. A copy of the Plaintiff's ante-litem notice is attached hereto as Exhibit "A". A copy of the proof of service of the ante litem notice upon the City of Atlanta is attached hereto as Exhibit "B". The City of Atlanta first received the ante-litem notice on August 1, 2016 (see attached Exhibit "B").

7.

Additionally, attached hereto as Exhibit "C" is a copy of the City of Atlanta's communication of August 26, 2016 confirming that the ante litem notice was under investigative review, thus suspending running of the statute of limitations during the time the demand for payment was pending before the City of Atlanta without action on its part, O.C.G.A. § 36-33-5(d).

## **FACTUAL BACKGROUND**

8.

On July 11, 2016 officers of the City of Atlanta Police Department were policing a peaceful protest on Peachtree Road in the Buckhead area of the City of Atlanta.

9.

To assure that the protest remained peaceful, included among the protesters were certain of them whose function was to make sure that the protest remained peaceful.

10.

One of the peaceful protesters was riding a bicycle.

11.

The peaceful protester was riding his bicycle as part of an organized effort to make certain that the protest remained peaceful.

12.

The bike riding peaceful protester rode his bike near a police vehicle operated by Defendant Powell.

13.

As the peaceful protester neared Defendant Powell's police vehicle, Defendant Powell abruptly and without warning swung open the driver's side door of his vehicle.

14.

To avoid crashing into the door of the police vehicle the bike-riding peaceful protester brought his vehicle to a complete stop.

15.

Unknown to the bike rider at that time was that Defendant Powell had swung open his vehicle's door to stop the bike rider.

16.

At the time Defendant Powell stopped the progress of the bike rider the rider was not breaking any law.

17.

At the time Defendant Powell stopped the progress of the bike rider the rider was not violating any order or directive that Defendant Powell or any other law enforcement officer had issued.

18.

Without warning, provocation, or other lawful cause, Defendant Powell seized the peaceful bike rider, handcuffed him, and ultimately arrested him.

19.

The City of Atlanta's Police Department took the peaceful bike rider into custody and charged him with an alleged violation of Section 40-6-296(a1) of the

Code of Ordinances of the City of Atlanta, for failure to have required bicycle equipment (see attached Exhibit "D").

20.

As a result of the arrest the peaceful bike rider was required to spend the night in jail (see attached Exhibit "E").

21.

Four days later, on July 15, 2016, the municipal ordinance violation against the peaceful bike rider was dismissed (see attached Exhibit "F").

22.

The peaceful, protesting bike rider as to whom the criminal charge was ultimately dismissed was Plaintiff Kentrevious Hightower.

## **CAUSES OF ACTION**

23.

Defendant Powell arrested Mr. Hightower without probable cause in violation of the protections of the Fourth Amendment to the Constitution of the United States and the protections of Georgia law.

**WHEREFORE**, Plaintiff prays:

(a) For a jury trial on all issues so triable;

(b) For an award of compensatory damages and special damages to Plaintiff from the Defendant;

(c) For an award of the costs of this action to Plaintiff, including such costs and attorney's fees as are permitted by operation of 42 U.S.C. § 1988; and

(d) For such other and further relief as to this Court is deemed just and proper.

This 10th day of July, 2018.

                Respectfully submitted,

                *s/Harold W. Spence*
                HAROLD W. SPENCE
                Georgia Bar No. 671150
                *Attorney for Plaintiff*

**The Davis Bozeman Law Firm, PC**
4153 C Flat Shoals Parkway
Suite 332
Decatur, Georgia 30034
(404) 244-2004
(404) 244-2020 (Fax)

                *s/Jeffrey R. Filipovits*
                JEFFREY FILIPOVITS
                Georgia Bar no. 825553
                *Attorney for Plaintiff*

**Filipovits Law Firm, PC**
2900 Chamblee-Tucker Road
Building 1
Atlanta, GA 30341
(678) 237-9302